modified by increasing the amount of the bond to $2,000. and as modified affirmed, with ten dollars costs and disbursements to the appellant.  No opinion.

In the Matter of the Application of Dennis Galvin, Appellant, for a Writ of Mandamus against Bernard J. York and Others, Police Commissioners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements.  No opinion.

In the Matter of the Application of John H. Dorr, Appellant, for a Writ of Mandamus against Bernard J. York and Others, Police Commissioners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements.  No opinion.

Amelia L. Spies v. Edgar Lockwood.— Motion denied.

James G. K. Duer v. Richard R. Hunt — Motion granted; questions to be settled on settlement of order.

In the Matter of Board of Education (Sheriff Street).— Motion papers must show when award was made.

Minnie O'Rourke v. Simon Feist.— Motion denied.

Anna Bopp v. The Mayor.— Motion denied.

Max Heller v. William H. Mangels.— Motion denied.

George F. Stevenson v. Metropolitan Street Railway Company.— Motion denied.

John E. Hagmayer v. John C. Alten et al.— Motion denied.

Edward Freeman v. Jacob Rothschild.— Motion granted, with ten dollars costs.

In the Matter of John E. Ellison.— Motion granted, with ten dollars costs.

Rebecca Dickler v. United States Grand Lodge, etc.— Motion granted, with ten dollars costs.

Joseph Immerman v. George P. Shirmer.— Motion granted, with ten dollars costs.

Mary A. Carroll v. Helen C. Butler et al.— Motion granted, with ten dollars costs.

Alexander Stewart v. Helen C. Butler et al.— Motion granted, with ten dollars costs.

Socialistic Co-operative Publishing Association v. Henry Kuhn and Others.— Motion denied.

Gould Roofing Company v. John C. Keefe.— Motion granted, with ten dollars costs.

The People of the State of New York ex rel. Bowery Savings Bank v. Thomas L. Feitner and Others.— Motion granted, with ten dollars costs.

Theresa F. Bridgewater v. James S. Dempsey and Another.— Motion granted, with ten dollars costs.

William B. Burnet v. James Mitchel.— Motion granted, with ten dollars costs.

William H. Traband v. Emily F. Traband.— Motion granted, with ten dollars costs.

In the Matter of Mary A. James.—Motion granted, with ten dollars costs.

New York City Baptist Mission Society v. Julia Ross and Another.—Motion granted, with ten dollars costs.

Sabine W. Wister, Respondent, v. Allan G. Lamson, Appellant. — Judgment affirmed, with costs.  No opinion.

Anthony Stumpf, Respondent, v. William F. G. Shanks and Another, Appellants.—Judgment affirmed, with costs.  No opinion.

Socialistic Co-operative Publishing Association, Respondent, v. Henry Kuhn and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements.  No opinion.

Hanora Ginn and Others, Appellants, v. Thomas Fenton and Others, Defendants; Edward F. O'Sullivan, Individually and as Executor, etc., Respondent, and Others, Appellants.—Judgment affirmed, with costs, on the authority of Matter of Keleman (126 N. Y. 80).

In the matter of the Application of the First National Bank of the City of Brooklyn, Appellant, for an Inspection of the Books and Records of William A. Miles & Co., Respondent.—Order affirmed, with ten dollars costs and disbursements.  No opinion.

John J. McBride and Another, Appellants, v. Mapes-Reeve Construction Company, Respondent.—Order affirmed, with ten dollars costs and disbursements.  No opinion.

In the Matter of the Application of Henry B. Amsel, etc., Respondent, v. Charles H. Steinway and Others, Appellants. — Order affirmed, with ten dollars costs and disbursements.  No opinion.

John Fyfe and Another v. Metropolitan Improvement Company.—Motion granted, with ten dollars costs.

Benjamin C. Faurot v. Kaufman Simon.—Motion granted, with ten dollars costs.

John Crowley v. Benjamin F. Saxton.—Motion granted, with ten dollars costs.

In the Matter of Henry H. Lyman, Commissioner of Excise.  (In re Laxarowitz).—Motion granted, with ten dollars costs.

Caroline Beyer v. Consolidated Gas Company. —Motion denied.

In the Matter of the Petition of Levi L. Kessler, Respondent, to Revoke and Cancel Liquor Tax Certificate No. 5.202, Issued to Patrick Cashin, Appellant.—Order affirmed, with ten dollars costs and disbursements, on opinion of Russell, J., in the court below. (Reported in 28 Misc. Rep. 336.)

---

## FIRST DEPARTMENT, NOVEMBER TERM, 1899.

John M. Jones and Others, as Executors, etc., of Morgan Jones, Deceased, Appellants, v. Margaret T. Reilly and Others, Defendants; Hannah R. Rockwell, Respondent.— Order modified as directed in opinion and affirmed as modified, without costs to either party.— Appeal from an order denying the plaintiffs' motion to strike out certain denials contained in the defendants' answer.—

VAN BRUNT, P. J.: Heretofore, and on Friday, the 30th day of June, 1899, summary proceedings were begun by the above-named plaintiffs, claiming to be landlords, in the Municipal Court of the city of New York, borough of Manhattan, for the tenth judicial district, against Andrew Henderson, since deceased, as a tenant, and Hannah R. Rock-

well and others, as under tenants, for a final order to remove said tenants and under tenants from the possession of the premises set forth in the plaintiffs' complaint.  The day for the return of the precept was the third of July (the following Monday) at ten A. M. At the time fixed for the return of the said precept, the defendant Rockwell filed an answer alleging that she was the owner in fee simple of the premises mentioned and described in the precept, and that she and her grantors had been in undisturbed possession thereof for a period of more than twenty years last past as owners in fee and claiming to be such owners, and that the title to real property would necessarily be involved in the proceeding, if tried.  And